ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
VINCENT Q. KIRBY
Assistant U.S. Attorney
Arizona State Bar No. 006377
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: Vincent.Kirby@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-07-00730-PHX-JAT |
| Plaintiff, | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO EARLY TERMINATE SUPERVISED RELEASE TERM** |
| vs. | |
| Kenneth Edward Hudgins, | |
| Defendant. | |

The government strongly objects to any termination of his supervised release at this time.  The supervising probation officer has filed a Memorandum objecting to the early termination request.

In this case, the defendant was convicted of Receipt of Child Pornography.  Images and videos retrieved from the defendant's computer portrayed children as young as 3-5 years-of-age engaged in sexual acts with adults.  (PSR ¶ 6.)  At the time, the defendant advised agents that in regards to child pornography "he did not believe viewing it was wrong" and that the "people providing it were the worst."  (PSR ¶ 9.)

According to the probation officer, the defendant has generally done well on supervision.  He has maintained a stable residence, been employed at the same place for five years, and demonstrated progress in treatment.  However, the probation officer has concerns about early termination.  The defendant is still in sex offender treatment and although he is in maintenance and will likely complete the program in the upcoming

months, he has not had the opportunity to demonstrate he will utilize the skills he has learned absent treatment.

Most concerning is that in January 2017, the probation officer located sexually explicit material on an approved electronic device used by the defendant. According to the probation officer, the defendant did not respond in a way indicative of someone who has been in treatment for as long as he has. A petition to revoke supervised release could have been submitted but the probation officer held off filing one.

The government submits that the Court should allow time for the defendant to function in the community once the defendant has completed all of his counseling. Without the structure of the programs, it is quite possible that he will suffer further lapses as he did in January of this year. The probation officer needs to supervise that transition.

The Motion should be denied at this time.

Respectfully submitted this 2nd day of October 2017.

> ELIZABETH A. STRANGE
> Acting United States Attorney
> District of Arizona
>
> *S/Vincent Q. Kirby*
> VINCENT Q. KIRBY
> Assistant U.S. Attorney