ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
VINCENT Q. KIRBY
Assistant U.S. Attorney
Arizona State Bar No. 006377
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Vincent.Kirby@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-07-00730-PHX-JAT |
| Plaintiff, | |
| vs. | **NOTICE** |
| Kenneth Edward Hudgins, | |
| Defendant. | |

The government, through undersigned counsel, certifies that on October 2, 2017 electronically transmitted the Government's Response to Defendant's Motion to Early Terminate Supervised Release Term to the Clerk's Office using the CM/ECF System for filing and mailed a copy to the defendant who is not a registered CM/ECF user on October 11, 2017 to the following address:

Kenneth Edward Hudgins

421 N. 18th Drive, #B

Phoenix, AZ 85007

Respectfully submitted this 11th day of October, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

S/*VINCENT Q. KIRBY*
VINCENT Q. KIRBY
Assistant U.S. Attorney