# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Kenneth Edward Hudgins,<br>　　　　Defendant. | No. CR-07-00730-001-PHX-JAT<br><br>**ORDER** |

　　　For the reasons stated in the Government and the Probation Officer's oppositions to Defendant's motion for early termination of supervised release,

　　　**IT IS ORDERED** that Defendant's motion for early termination of supervised release (Doc. 73) is denied.

　　　Dated this 30th day of October, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　James A. Teilborg
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge