ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
VINCENT Q. KIRBY
Assistant U.S. Attorney
Arizona State Bar No. 006377
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Vincent.Kirby@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Kenneth Edward Hudgins,<br><br>Defendant. | CR-07-00730-PHX-JAT<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND MOTION TO EARLY TERMINATE SUPERVISED RELEASE TERM** |

The government, having reviewed the supervising probation officer's September 11, 2018 Memorandum, no longer objects to the early termination of the defendant's supervised release. However, that position is contingent on the defendant undergoing and passing a maintenance polygraph as requested by the probation officer.

Respectfully submitted this 5th day of October 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*S/Vincent Q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney